**Paul MCDONALD, Petitioner— Appellant,**

v.

**WARDEN, Respondent—Appellee.**

**No. 09–7148.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 2, 2009.

Paul McDonald, Appellant Pro Se.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul McDonald appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McDonald v. Warden,* No. 8:08–cv–03503–PJM (D. Md. April 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*